# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. v. Robert L. Selph                                    Docket No. 2:18-MJ-1013-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Robert L. Selph, who was placed under pretrial release supervision by the Honorable Terrence W. Boyle, U.S. District Judge, on May 29, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 18, 2018, in an effort to address his alcohol addiction, Selph voluntarily underwent a substance abuse evaluation with PORT New Horizons in Nags Head, North Carolina. As a result of the evaluation, the defendant was recommended to participate in an alcohol detox program, and individual and group substance abuse treatment. Additionally, in an effort to address his issues with alcohol and to promote self-accountability, Selph signed a Waiver agreeing to modify his pretrial release conditions to include participation in substance abuse treatment and abstinence from the excessive use of alcoholic beverages.

**PRAYING THAT THE COURT WILL ORDER** that pretrial release supervision be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participate in a residential treatment facility.

2. The defendant shall abstain from the excessive use of alcoholic beverages.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Dwayne K. Benfield                          /s/ Lakesha H. Wright
Dwayne K. Benfield                              Lakesha H. Wright
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                306 East Main Street, Room 306
                                                Elizabeth City, NC 27909-7909
                                                Phone: 252-335-5508
                                                Executed On: August 6, 2018

### ORDER OF THE COURT

Considered and ordered the  15  day of  August , 2018, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge

Robert L. Selph
Docket No. 2:18-MJ-1013-1BO
Petition For Action
Page 2

## FOR JUDGE'S VIEW ONLY
## DO NOT FILE



Robert L. Selph
Docket No. 2:18-MJ-1013-1BO